#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MARIE LEONARD,** | ) |
| | ) |
| **Plaintiff,** | )   **Case No. 2:19-cv-13236** |
| | ) |
| v. | ) |
| | ) |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

Defendant, Hartford Life and Accident Insurance Company ("Hartford"), by its attorneys, Elizabeth G. Doolin and Stuart F. Primack of Chittenden, Murday & Novotny LLC, in accordance with 28 U.S.C. § 1446, submits this Notice of Removal of this action from the Circuit Court of Wayne County, Michigan, to the United States District Court for the Eastern District of Michigan, pursuant to 28 U.S.C. § 1441(a). In support of its Notice of Removal, Hartford states as follows:

1. This civil action was filed on October 25, 2019 in the Circuit Court of Wayne County, Michigan, as Case No. 19-014243-CK.

2. The Complaint is brought pursuant to 29 U.S.C. §1132(a)(1)(B) and Plaintiff asserts she is entitled to damages in connection with a long term disability policy that is "governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001 et seq."

3.	The Summons and Complaint were first served on Hartford on October 28, 2019, via service upon the Corporation Company, Hartford's agent for service of process in Michigan.

4.	This Notice of Removal is being filed within thirty (30) days after the date Hartford was first served with the Summons and Complaint setting forth Plaintiff's claim for relief.

5.	This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and Hartford is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441(a) because this action seeks benefits under an employer-sponsored employee welfare benefit plan and, therefore, this action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq*.

6.	In accordance with 28 U.S.C. § 1446(a), Hartford states that the following documents constitute all of the process, pleadings, and orders that it received:

    a. Summons; and

    b. Complaint.

True and correct copies of the aforementioned documents are attached hereto and incorporated herein as Group Exhibit 1.

7. Plaintiff's Complaint references a disability insurance policy but it is not attached as an exhibit. (Plaintiff's Compl., ¶ 4.)

8. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Circuit Court Wayne County, Michigan, in accordance with 28 U.S.C. § 1446(d).

Dated: **November 1, 2019.**

Respectfully submitted,

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

/s/ Elizabeth G. Doolin
One of Its Attorneys

Elizabeth G. Doolin
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
(312) 281-3600 (tel)
(312) 281-3678 (fax)
edoolin@cmn-law.com
sprimack@cmn-law.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on **November 1, 2019**, the foregoing **Notice of Removal** and documents described therein were served upon all attorneys of record by enclosing a true and correct copy thereof in a duly addressed, postage prepaid envelope and depositing same in the U.S. Mail chute at 303 West Madison Street, Chicago, Illinois.

>    Bradley M. Peri, Esq.
>    Goodman Acker, P.C.
>    17000 West Ten Mile Road
>    Second Floor
>    Southfield, MI 48075

>                                        /s/ Elizabeth G. Doolin
>                                        Elizabeth G. Doolin
>                                        CHITTENDEN, MURDAY & NOVOTNY LLC
>                                        303 W. Madison Street, Suite 1400
>                                        Chicago, IL 60606
>                                        (312) 281-3600 (tel)
>                                        (312) 281-3678 (fax)
>                                        edoolin@cmn-law.com